

WWW.RIVKINRADLER.COM

**FRANK P. TISCIONE**
(516) 357-3315
frank.tiscione@rivkin.com

December 20, 2011

**BY ECF**
Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Liberty Mutual Insurance Co. et al. v. Ilya Burshteyn, M.D., et al.
Docket No. CV 11-3731(ERK)(CLP)
Our File No.: 009162-00003

Dear Judge Pollak:

As you know, we represent Plaintiffs LM Property and Casualty Insurance Company, Liberty Mutual Insurance Company, Liberty Insurance Corporation, Liberty Mutual Mid-Atlantic Insurance Company, LM Insurance Corporation, Liberty County Mutual Insurance Company, and Liberty Mutual Fire Insurance Company (collectively "Plaintiffs" or "Liberty Mutual") in the above-referenced matter.

In response to your Honor's request for a status report (docket #15), I am pleased to advise that the parties have reached a settlement in this matter. In connection with the settlement, the Defendants have agreed to dismiss all pending collection lawsuits against Liberty Mutual, with prejudice, and to withdraw all arbitrations against Liberty Mutual, with prejudice, that are pending before AAA. We expect to have all stipulations of discontinuance from Defendants within the next two weeks, at which time we hope to be in position to voluntarily dismiss this action.

Very truly yours,

RIVKIN RADLER LLP

*Frank P. Tiscione*

Frank P. Tiscione

926 RXR Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street ● Court Plaza South
West Wing ● Suite 158
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495



Honorable Cheryl L. Pollak
December 20, 2011
Page 2

cc:    Honorable Edward R. Korman
       United States Senior Judge (By ECF)
       All counsel (by ECF)

2560461 v1